**Christopher Lundberg,** OSB No. 941084
(pro hac vice pending)
Email: clundberg@hk-law.com
**Joshua J. Stellmon,** OSB No. 075183
(pro hac vice pending)
Email: jstellmon@hk-law.com
**HAGLUND KELLEY LLP**
200 S.W. Market Street, Suite 1777
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **METLAKATLA INDIAN COMMUNITY,** a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. DUNLEAVY**, Governor of the State of Alaska, **DOUG VINCENT-LANG**, Commissioner of the Alaska Department of Fish and Game, and **AMANDA PRICE**, Commissioner of the Alaska Department of Public Safety<br><br>Defendants. | Case No.: 5:20-CV-0008-JMK<br><br>**NOTICE OF FILING EXHIBITS** |

Plaintiff Metlakatla Indian Community files the attached documents as exhibits to Plaintiff's Complaint. The exhibits are listed as follows:

- Exhibit A - Map of Chart 5B – Southeast Alaska, Ketchikan Management Area.

PAGE 1 - **NOTICE OF FILING EXHIBITS**

**HAGLUND KELLEY LLP**
**200 SW Market Street, Suite 1777**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

PL08

Case 5:20-cv-00008-JMK   Document 6   Filed 08/20/20   Page 1 of 11

- Exhibit B- Multiple maps showing the Exclusive Fishing Zone in relation to the Reserve as a whole and in relation to the State of Alaska.

- Exhibit C- Map with a key identifying the Metlakatlan people's historical fishing grounds verified by the Moser report and additional historical documents.

DATED this 20th day of August, 2020.

**HAGLUND KELLEY LLP**

By: /s/ Christopher Lundberg
  Christopher Lundberg, OSB No. 941084
  (pro hac vice pending)
  Email: clundberg@hk-law.com
  Joshua J. Stellmon, OSB No. 075183
  (pro hac vice pending)
  Email: jstellmon@hk-law.com
  200 SW Market St., Ste. 1777
  Portland, OR 97201
  (503) 225-0777
  *Attorneys for Plaintiff*

PAGE 2 - **NOTICE OF FILING EXHIBITS**

HAGLUND KELLEY LLP
200 SW Market Street, Suite 1777
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

PL08

Case 5:20-cv-00008-JMK   Document 6   Filed 08/20/20   Page 2 of 11

# EXHIBIT A





# EXHIBIT B





# EXHIBIT C



The numbered locations above represent historical fishing locations as identified in documents housed in the National Archives. A map reflecting all known fishing locations identified through oral history and other evidence would cover this map, and extend beyond its boundaries. The numbered locations are identified specifically in the enclosed key.

## Key for Fishing Locations Identified on Exhibit 3

*Metlakatla Indian Community Verified Historical Fishing Grounds (1890-1930)*

Fishing ground identified in THE SALMON AND SALMON FISHERIES OF ALASKA, REPORT OF THE ALASKAN SALMON INVESTIGATIONS OF THE UNITED STATES FISH COMMISSION STEAMER ALBATROSS IN 1900 AND 1901 (1902), Jefferson Moser:

| | |
|---|---|
| Tamgas | 1 |
| Duke Island | 2 |
| Quadra Bay | 3 |
| Karta Bay | 4 |
| Kithraum | 5 |
| Peter Johnson | 6 |
| Nowiskay | 7 |
| Old Johnson | 8 |
| Kegan | 9 |

Fishing grounds identified in other historical documents, such as letters:

| | |
|---|---|
| Naha Bay | 10 |
| Cape Fox | 11 |
| Kah Shakes | 12 |
| Wards Cove | 13 |
| Cape Chacon | 14 |
| Skeena River | 15 |