CLYDE "ED" SNIFFEN
ACTING ATTORNEY GENERAL

Christopher F. Orman (Alaska Bar No. 1011099)
Jeffrey G. Pickett (Alaska Bar No. 9906022
Assistants Attorney General
Alaska Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-3019
Email: *christopher.orman@alaska.gov*
      *jeff.pickett@alaska.gov*

Attorneys for the State of Alaska

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| METLAKATLA INDIAN COMMUNITY, a Federally Recognized Indian Tribe,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY, Governor of the State of Alaska,<br>DOUG VINCENT-LANG, Commissioner of the Alaska Department of Fish and Game, and AMANDA PRICE, Commissioner of the Alaska Department of Public Safety,<br><br>    Defendants'. | Case No.: 5:20-cv-00008-JWS<br><br>**[PROPOSED] ORDER ON UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |

The Court GRANTS Defendants unopposed Motion to Extend Time to File Response to Complaint. The response is due on September 30, 2020.

DATED: _____      _____
                                                                                        The Honorable John W. Sedwick