UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

METLAKATLA INDIAN COMMUNITY, a
Federally Recognized Indian Tribe,

        Plaintiff,

vs.

MICHAEL J. DUNLEAVY, Governor of the
State of Alaska, et al,

        Defendant.

Case No. **5:20-cv-00008-▮▮▮ JWS**

AFFIDAVIT OF SERVICE

STATE OF ALASKA
Borough of Anchorage        ss.

I, Douglas Callison, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the State of Alaska and that I am ot a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons in a Civil Action; Complaint for Declaratory and Injunctive Relief; Notice of Filing Exhibits; and Exhibits A-C*

Upon **AMANDA PRICE, Commissioner of the Alaska Department of Public Safety**, by leaving such true copy at the office AMANDA PRICE, Commissioner of the Alaska Department of Public Safety maintains for the conduct of business with Captain David Wilson, who is the person apparently in charge, at 5700 East Tudor Road, Anchorage, AK 99507-1225 on September 02, 2020 at 10:46 AM.

I declare under the penalty of perjury that the above statement is true and correct.

X _____
Douglas Callison
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this _10_ day of ___September___, 20_20_
by Douglas Callison.

_____
Notary Public for Oregon Alaska

*351960*