CLYDE "ED" SNIFFEN
ACTING ATTORNEY GENERAL

Christopher F. Orman (Alaska Bar No. 1011099)
Jeffrey G. Pickett (Alaska Bar No. 9906022)
Assistant Attorneys General
Alaska Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-3019
Email: *christopher.orman@alaska.gov*
        *jeff.pickett@alaska.gov*

Attorneys for the State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| METLAKATLA INDIAN COMMUNITY, a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY, Governor of the State of Alaska,<br>DOUG VINCENT-LANG, Commissioner of the Alaska Department of Fish and Game, and AMANDA PRICE, Commissioner of the Alaska Department of Public Safety,<br><br>Defendants. | Case No.: 5:20-cv-00008-JWS<br><br>**MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |

Pursuant to Rule 12(b)(6), Defendants Michael J. Dunleavy, Governor of the

State of Alaska, Doug Vincent-Lang, Commissioner of the Alaska Department of Fish

and Game, and Amanda Price, Commissioner of the Alaska Department of Public

Safety (collectively the "State"), move to dismiss the Metlakatla Indian Community's

("MIC") October 1, 2020 amended complaint. Consistent with this Court's August 28, 2020 order, the parties conferred before the State filed this motion to dismiss and were not able to resolve issues in a manner that obviated the need for the motion.

MIC fails to state a claim because in 1891 Congress did not grant—nor intend to grant—Metlakatlans off-reservation fishing rights when it created the Annette Islands Reserve. Further, because Congress has not recognized that Metlakatlans have any off-reservation fishing rights, the State retains full authority to regulate Metlakatlans' commercial fishing off-reservation.

Attached to this motion to dismiss are a memorandum in support of the State's motion to dismiss, notice of certification of conferral as required by this Court's August 28, 2020 order, and a certificate of service.

DATED: October 15, 2020.

CLYDE "ED" SNIFFEN
ACTING ATTORNEY GENERAL

By:   s/Christopher F. Orman
      Christopher F. Orman
      Alaska Bar No. 1011099
      Assistant Attorney General
      Office of the Attorney General
      Natural Resources Section
      Alaska Department of Law
      PO Box 110300
      Juneau, AK 99811-0300
      *christopher.orman@alaska.gov*
      Phone: (907) 465-3600
      Facsimile: (907) 465-3019

*Metlakatla Indian Comm. v. Dunleavy, et al.*          5:20-cv-00008-JWS
*Motion to Dismiss*                                           Page 2 of 3
Case 5:20-cv-00008-JWS   Document 22   Filed 10/15/20   Page 2 of 3

s/Jeffrey G. Pickett
Assistant Attorney General
Alaska Bar No. 9906022

Attorneys for the State of Alaska