# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| METLAKATLA INDIAN COMMUNITY, A Federally Recognized Indian Tribe<br>*Plaintiff*<br>v.<br>MICHAEL J. DUNLEAVY, Governor of the State of Alaska, DOUG VINCENT-LANG, Commissioner of the Alaska Department of Fish and Game, and AMANDA PRICE, Commissioner of the Alaska Department of Public Safety,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 5:20-cv-00008-JWS |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendants Michael J. Dunleavy, Doug Vincent-Lang, Amanda Price recover of plaintiff Metlakatla Indian Community defendants costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with post-judgment interest thereon at the rate of __.06__% as provided by law.

APPROVED:

**s/John W. Sedwick**
John W. Sedwick
United States District Judge

Date: February 22, 2021

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*