**Christopher Lundberg,** OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
**Joshua J. Stellmon,** OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| **METLAKATLA INDIAN COMMUNITY,** a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. DUNLEAVY**, Governor of the State of Alaska, **DOUG VINCENT-LANG**, Commissioner of the Alaska Department of Fish and Game, and **AMANDA PRICE**, Commissioner of the Alaska Department of Public Safety<br><br>Defendants. | Case No.: 5:20-cv-00008-JWS<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

**PLAINTIFF'S NOTICE OF APPEAL**

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-JWS   Document 28   Filed 03/11/21   Page 1 of 7

Notice is hereby given that plaintiff Metlakatla Indian Community appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order (Docket No. 25) granting defendants' Motion to Dismiss and Judgment (Docket No. 26).  The Order was entered on February 17, 2021 and Judgment was entered on February 22, 2021.  This timely Notice of Appeal is filed with 30 days pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A).

A representation statement is attached pursuant to Ninth Circuit Rule 3-2(b).

DATED this 11th day of March, 2021.

HAGLUND KELLEY LLP

By: /s/ Christopher Lundberg
Christopher Lundberg, OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
Joshua J. Stellmon, OSB No. 075183
(pro hac vice)
Email:  jstellmon@hk-law.com
2177 SW Broadway
Portland, OR 97201
(503) 225-0777
*Attorneys for Plaintiff*

Page 1 - **PLAINTIFF'S NOTICE OF APPEAL**

HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-JWS   Document 28   Filed 03/11/21   Page 2 of 7

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **PLAINTIFF'S NOTICE OF APPEAL** was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No.: 5:20-cv-00008-JWS who are registered CM/ECF users will be served by the CM/ECF system.

DATED March 11, 2021.

                                          **HAGLUND KELLEY LLP**

                                        By: /s/ Christopher Lundberg
                                              Christopher Lundberg, OSB No. 941084
                                              (pro hac vice)
                                              Email: clundberg@hk-law.com
                                              Joshua J. Stellmon, OSB No. 075183
                                              (pro hac vice)
                                              Email: jstellmon@hk-law.com
                                              2177 SW Broadway
                                              Portland, OR 97201
                                              (503) 225-0777
                                              *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**                                      **HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-JWS   Document 28   Filed 03/11/21   Page 3 of 7

**Christopher Lundberg,** OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
**Joshua J. Stellmon,** OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **METLAKATLA INDIAN COMMUNITY,** a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. DUNLEAVY**, Governor of the State of Alaska, **DOUG VINCENT-LANG**, Commissioner of the Alaska Department of Fish and Game, and **AMANDA PRICE**, Commissioner of the Alaska Department of Public Safety<br><br>Defendants. | Case No.: 5:20-cv-00008-JWS<br><br>**PLAINTIFF'S REPRESENTATION STATEMENT** |

PAGE 1 – **PLAINTIFF'S REPRESENTATION STATEMENT**

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-JWS   Document 28   Filed 03/11/21   Page 4 of 7

Pursuant to FRAP 12(b) and Ninth Circuit Rule 3-2(b) and Ninth Circuit Rule 12-2, plaintiff Metlakatla Indian Community provides the following Representation Statement of parties and counsel to this action:

**Plaintiff Metlakatla Indian Community:**

Christopher Lundberg
Joshua J. Stellmon
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257
Email: clundberg@hk-law.com
Email: jstellmon@hk-law.com

**Defendants Michael J. Dunleavy (Governor of the State of Alaska),
Doug Vincent-Lang (Commissioner of the Alaska Department of Fish and Game) and
Amanda Price (Commissioner of the Alaska Department of Public Safety):**

Clyde "Ed" Sniffen
Christopher F. Orman
Jeffrey G. Pickett
Attorney General for the State of Alaska
PO Box 110300
Juneau, AK  99811-0300
Phone: (907) 465-3600
Email: christopher.orman@alaska.gov
Email: jeff.pickett@alaska.gov

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PAGE 1 – **PLAINTIFF'S REPRESENTATION STATEMENT**

HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR  97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-JWS   Document 28   Filed 03/11/21   Page 5 of 7

DATED this 11th day of March, 2021.

                              **HAGLUND KELLEY LLP**

                              By: /s/ Christopher Lundberg
                                    Christopher Lundberg, OSB No. 941084
                                    (pro hac vice)
                                    Email: clundberg@hk-law.com
                                    Joshua J. Stellmon, OSB No. 075183
                                    (pro hac vice)
                                    Email: jstellmon@hk-law.com
                                    2177 SW Broadway
                                    Portland, OR 97201
                                    (503) 225-0777
                                    *Attorneys for Plaintiff*

PAGE 2 – **PLAINTIFF'S REPRESENTATION STATEMENT**

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-JWS   Document 28   Filed 03/11/21   Page 6 of 7

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **PLAINTIFF'S NOTICE OF APPEAL** was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No.: 5:20-cv-00008-JWS who are registered CM/ECF users will be served by the CM/ECF system.

DATED March 11, 2021.

        **HAGLUND KELLEY LLP**

By: /s/ Christopher Lundberg
    Christopher Lundberg, OSB No. 941084
    (pro hac vice)
    Email: clundberg@hk-law.com
    Joshua J. Stellmon, OSB No. 075183
    (pro hac vice)
    Email: jstellmon@hk-law.com
    2177 SW Broadway
    Portland, OR 97201
    (503) 225-0777
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-JWS   Document 28   Filed 03/11/21   Page 7 of 7