UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| METLAKATLA INDIAN COMMUNITY, a Federally Recognized Indian Tribe, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MICHAEL J. DUNLEAVY, Governor of the State of Alaska; DOUG VINCENT-LANG, Commissioner of the Alaska Department of Fish and Game; AMANDA PRICE, Commissioner of the Alaska Department of Public Safety, <br><br> Defendants - Appellees. | No. 21-35185 <br><br> D.C. No. 5:20-cv-00008-JWS <br> U.S. District Court for Alaska, Ketchikan <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Fri., March 19, 2021**  Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration.

**Mon., May 10, 2021**  Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**Wed., June 9, 2021**  Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

> FOR THE COURT:
>
> MOLLY C. DWYER
> CLERK OF COURT
>
> By: Jessica Poblete Dela Cruz
> Deputy Clerk
> Ninth Circuit Rule 27-7