UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 08 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| METLAKATLA INDIAN COMMUNITY, a Federally Recognized Indian Tribe, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MICHAEL J. DUNLEAVY, Governor of the State of Alaska; et al., <br><br> Defendants - Appellees. | No. 21-35185 <br><br> D.C. No. 5:20-cv-00008-JWS <br> U.S. District Court for Alaska, Ketchikan <br><br> **MANDATE** |

The judgment of this Court, entered September 08, 2022, amended January 31, 2023 takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $102.60.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7