**Christopher Lundberg,** OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
**Joshua J. Stellmon,** OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **METLAKATLA INDIAN COMMUNITY,** a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. DUNLEAVY**, Governor of the State of Alaska, **DOUG VINCENT-LANG**, Commissioner of the Alaska Department of Fish and Game, and **JAMES E. COCKRELL**, Commissioner of the Alaska Department of Public Safety<br><br>Defendants. | Case No.: 5:20-cv-00008-SLG<br><br>**JOINT MOTION FOR EXTENSION OF TIME** |

The parties jointly move the Court for a 14-day extension of the plaintiff Metlakatla Indian Community's deadline to respond to the defendant's Motion for Summary Judgment[1] and for a 90-day extension of the remaining deadlines in the case. The parties agree that the Court's

---

[1] Plaintiff also intends to simultaneously file a consolidated cross-motion for summary judgment at that time.

PAGE 1 – **JOINT MOTION FOR EXTENSION OF TIME**

resolution of the parties' motions for summary judgment may alter the scope of discovery. Postponing the deadlines in the case to allow the Court to resolve the motions for summary judgment will avoid significant unnecessary expense. The parties may seek an additional extension depending on the timing of the resolution of the summary judgment motions. Pursuant to Local Rule 7.3(b), all parties consent to the requested extensions.

If granted, the following deadlines would apply:

| Deadline | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Response to State's Motion for Summary Judgment and Cross Motion | 10/2/2023 | 10/16/2023 |
| Final Discovery Witness List | 10/30/2023 | 1/29/2024 |
| Close of Fact Discovery | 12/12/2023 | 3/11/2024 |
| Expert Witnesses Shall be Identified | 1/11/2024 | 4/10/2024 |
| Responsive Supplemental Expert Witnesses | 1/25/2024 | 4/24/2024 |
| Expert Disclosure Reports | 2/12/2024 | 5/13/2024 |
| Rebuttal Reports Due | 3/13/2024 | 6/11/2024 |
| Expert Witness Discovery (include depositions) and Motions Under the Discovery Rules | 5/10/2024 | 8/8/2024 |
| Dispositive Motions and Motions to Exclude Expert Testimony | 6/10/2024 | 9/9/2024 |

///
///
///
///
///

PAGE 2 – **JOINT MOTION FOR EXTENSION OF TIME**

**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

DATED this 22nd day of September , 2023.

| | |
|---|---|
| **HAGLUND KELLEY LLP** | **TREG TAYLOR ATTORNEY GENERAL** |
| By: /s/ Christopher Lundberg | By: /s/ Christopher Orman |
| Christopher Lundberg, OSB No. 941084 | Christopher F. Orman, Alaska Bar No. 1011099 |
| (pro hac vice) | Email: christopher.orman@alaska.gov |
| Email: clundberg@hk-law.com | Alaska Department of Law |
| Joshua J. Stellmon, OSB No. 075183 | PO Box 110300 |
| (pro hac vice) | Juneau, AK 99811 |
| Email: jstellmon@hk-law.com | (907) 465-3600 |
| 2177 SW Broadway | |
| Portland, OR 97201 | |
| (503) 225-0777 | |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

PAGE 3 – **JOINT MOTION FOR EXTENSION OF TIME**

HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG   Document 43   Filed 09/22/23   Page 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **JOINT MOTION FOR EXTENSION OF TIME** was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No.: 5:20-cv-00008-SLG who are registered CM/ECF users will be served by the CM/ECF system.

DATED September 22nd, 2023.

**HAGLUND KELLEY LLP**

By: /s/ Christopher Lundberg
Christopher Lundberg, OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
Joshua J. Stellmon, OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
2177 SW Broadway
Portland, OR 97201
(503) 225-0777
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG   Document 43   Filed 09/22/23   Page 4 of 4