IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

METLAKATLA INDIAN COMMUNITY, a Federally Recognized Indian Tribe,

        Plaintiff,

  v.

MICHAEL J. DUNLEAVY, Governor of the State of Alaska, *et al.*,

        Defendants.

Case No. 5:20-cv-00008-SLG

## ORDER RE JOINT MOTION FOR EXTENSION OF TIME

Before the Court at Docket 43 is the parties' *Joint Motion for Extension of Time*. The motion is hereby GRANTED. IT IS ORDERED that the deadlines in this matter are AMENDED as follows:

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Response to State's Motion for Summary Judgment and Cross Motion | 10/2/2023 | 10/16/2023 |
| Final Discovery Witness List | 10/30/2023 | 1/29/2024 |
| Close of Fact Discovery | 12/12/2023 | 3/11/2024 |
| Expert Witnesses Shall be Identified | 1/11/2024 | 4/10/2024 |
| Responsive Supplemental Expert Witnesses | 1/25/2024 | 4/24/2024 |
| Expert Disclosure Reports | 2/12/2024 | 5/13/2024 |
| Rebuttal Reports Due | 3/13/2024 | 6/11/2024 |

| Expert Witness Discovery (include depositions) and Motions Under the Discovery Rules | 5/10/2024 | 8/8/2024 |
|---|---|---|
| Dispositive Motions and Motions to Exclude Expert Testimony | 6/10/2024 | 9/9/2024 |

DATED this 25th day of September 2023, at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE

Case No. 5:20-cv-00008-SLG, *Metlakatla Indian Comm. V. Dunleavy, et al.*
Order re Joint Motion for Extension of Time
Page 2 of 2

Case 5:20-cv-00008-SLG   Document 45   Filed 09/26/23   Page 2 of 2