IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| METLAKATLA INDIAN COMMUNITY, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY, Governor of the State of Alaska, et al.,<br><br>Defendants. | Case No. 5:20-cv-00008-SLG |

**[PROPOSED] ORDER**

This matter came before the Court upon the United States' Unopposed Motion for Leave to Participate in Oral Argument and for an Expansion of Oral Argument Time.

The Plaintiff supports this motion, including an expansion or oral argument time, allocating 30 minutes to Defendants, 20 minutes to the Plaintiff, and 10 minutes to the United States. Defendants take no position on the Court granting leave for the United States to participate in oral argument, and do not oppose the proposed allocation of time (30 minutes to Defendants, 20 minutes to the Plaintiff, and 10 minutes to the United States).

**IT IS HEREBY ORDERED that**:

1. Oral argument on Defendants' Motion for Summary Judgment (Dkt. 42) and Plaintiff's Cross-Motion for Summary Judgment (Dkt. 47) is scheduled for February 15, 2024.

2. Defendants shall be accorded up to 30 minutes to present their arguments.

3. Plaintiff and the United States shall be accorded up to a combined total of 30 minutes total to present their arguments.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2024

                                                                                   The Honorable Sharon L. Gleason
United States District Judge