TREG TAYLOR
ATTORNEY GENERAL

Christopher F. Orman (Alaska Bar No. 1011099)
Assistant Attorney General
Alaska Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-3019
Email: *christopher.orman@alaska.gov*

Attorney for the State of Alaska

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| METLAKATLA INDIAN COMMUNITY, a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY, Governor of the State of Alaska,<br>DOUG VINCENT-LANG, Commissioner of the Alaska Department of Fish and Game, and JAMES E. COCKRELL, Commissioner of the Alaska Department of Public Safety,<br><br>Defendants. | Case No.: 5:20-cv-00008-SLG<br><br>**DEFENDANTS' UNOPPOSED REQUEST FOR A TELEPHONIC CONFERENCE NUMBER** |

## DEFENDANTS' UNOPPOSED REQUEST FOR A TELEPHONIC CONFERENCE NUMBER FOR ORAL ARGUMENT SCHEDULED FOR FEBRUARY 15, 2024

The State requests a telephonic conference number so that those named in this complaint as well as other attorneys at the State of Alaska may call in and listen and review the oral argument in this matter.

*MIC v. Dunleavy, et al.*  Civil Action No.: 5:20-cv-00008-SLG
State's Unopposed Request for a Telephonic Conference Number        Page 1 of 2
Case 5:20-cv-00008-SLG   Document 66   Filed 02/15/24   Page 1 of 2

The undersigned attorney contacted the Plaintiff's attorneys and amicus attorney in this matter. Both non-opposed the State's request via email.

DATED: February 15, 2024.

TREG TAYLOR
ATTORNEY GENERAL

By: */s/ Christopher F. Orman*
Christopher F. Orman
Assistant Attorney General
Alaska Bar No. 1011099
Email: christopher.orman@alaska.gov
*Attorney for the Defendants*

**CERTIFICATE OF WORD COUNT**
Consistent with Local Civil Rule 7.4(a), I certify that this document complies with the court-ordered word count limit.

*/s/ Christopher F. Orman*
Christopher F. Orman
Assistant Attorney General

**CERTIFICATE OF SERVICE**
I hereby certify that on February 15, 2024, I electronically filed the foregoing by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: */s/ Christopher F. Orman*
Christopher F. Orman
Assistant Attorney General
Alaska Bar No. 1011099

*MIC v. Dunleavy, et al.*  Civil Action No.: 5:20-cv-00008-SLG
State's Unopposed Request for a Telephonic Conference Number  Page 2 of 2
Case 5:20-cv-00008-SLG   Document 66   Filed 02/15/24   Page 2 of 2