**Christopher Lundberg,** OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
**Joshua J. Stellmon,** OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
**Christopher T. Griffith,** OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com
**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **METLAKATLA INDIAN COMMUNITY,** a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. DUNLEAVY**, Governor of the State of Alaska, **DOUG VINCENT-LANG**, Commissioner of the Alaska Department of Fish and Game, and **JAMES E. COCKRELL**, Commissioner of the Alaska Department of Public Safety<br><br>Defendants. | Case No.: 5:20-cv-00008-SLG<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR REMOTE APPEARANCE** |

Counsel for Plaintiff Metlakatla Indian Community moves the Court for

permission to appear remotely at the June 25, 2024, status conference in this case set for

11:00 a.m. in Anchorage Courtroom 2. (ECF No. 70). The parties have conferred and

PAGE 1 – **PLAINTIFF'S UNOPPOSED MOTION FOR REMOTE APPEARANCE**

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-SLG   Document 71   Filed 06/20/24   Page 1 of 3

counsel for Defendants would also like to appear remotely. Counsel for the Plaintiff is located in Portland, Oregon and Counsel for the Defendants is located in Juneau. A remote appearance will not impair the proceedings, save significant expense, and facilitate judicial efficiency.

DATED June 20th, 2024.

HAGLUND KELLEY LLP

By: /s/ Christopher Lundberg
Christopher Lundberg, OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
Joshua J. Stellmon, OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
Christopher T. Griffith
(pro hac vice)
Email: cgriffith@hk-law.com
2177 SW Broadway
Portland, OR 97201
(503) 225-0777
*Attorneys for Plaintiff*

PAGE 2 – **PLAINTIFF'S UNOPPOSED MOTION FOR REMOTE APPEARANCE**

**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG   Document 71   Filed 06/20/24   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **PLAINTIFF'S UNOPPOSED MOTION FOR REMOTE APPEARANCE** was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No.: 5:20-cv-00008-SLG who are registered CM/ECF users will be served by the CM/ECF system.

DATED June 20, 2024.

        **HAGLUND KELLEY LLP**

        By: /s/ Christopher Lundberg
           Christopher Lundberg, OSB No. 941084
           (pro hac vice)
           Email: clundberg@hk-law.com
           Joshua J. Stellmon, OSB No. 075183
           (pro hac vice)
           Email: jstellmon@hk-law.com
           Christopher T. Griffith
           (pro hac vice)
           Email: cgriffith@hk-law.com
           2177 SW Broadway
           Portland, OR 97201
           (503) 225-0777
           *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-SLG   Document 71   Filed 06/20/24   Page 3 of 3