**Christopher Lundberg,** OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
**Joshua J. Stellmon,** OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
**Christopher T. Griffith,** OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com
**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **METLAKATLA INDIAN COMMUNITY,** a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. DUNLEAVY**, Governor of the State of Alaska, **DOUG VINCENT-LANG**, Commissioner of the Alaska Department of Fish and Game, and **JAMES E. COCKRELL**, Commissioner of the Alaska Department of Public Safety<br><br>Defendants. | Case No.: 5:20-cv-00008-SLG<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR REMOTE APPEARANCE** |

PAGE 1 – [PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR REMOTE APPEARANCE

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-SLG   Document 71-1   Filed 06/20/24   Page 1 of 3

This Matter came before the Court for consideration on Plaintiff's Unopposed Motion for Remote Appearance. Having reviewed the Motion, reviewed the docket, and being fully advised in the premises, it is hereby:

ORDERED and ADJUDGED as follows:

The parties are hereby permitted to appear remotely at the status conference in the case scheduled for June 25, 2024 at 11:00 a.m. in Anchorage Courtroom 2. The clerk of the court shall provide the call-in information to the parties.

Dated this _____ day of June, 2024.

_____
THE HONORABLE SHARON L. GLEASON

PAGE 2 – [PROPOSED] ORDER ON PLAINTIFF'S
UNOPPOSED MOTION FOR REMOTE APPEARANCE

HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG   Document 71-1   Filed 06/20/24   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR REMOTE APPEARANCE** was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No.: 5:20-cv-00008-SLG who are registered CM/ECF users will be served by the CM/ECF system.

DATED June 20th, 2024.

>                    **HAGLUND KELLEY LLP**
>
>                    By: /s/ Christopher Lundberg
>                        Christopher Lundberg, OSB No. 941084
>                        (pro hac vice)
>                        Email: clundberg@hk-law.com
>                        Joshua J. Stellmon, OSB No. 075183
>                        (pro hac vice)
>                        Email: jstellmon@hk-law.com
>                        Christopher T. Griffith
>                        (pro hac vice)
>                        Email: cgriffith@hk-law.com
>                        2177 SW Broadway
>                        Portland, OR 97201
>                        (503) 225-0777
>                        *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-SLG   Document 71-1   Filed 06/20/24   Page 3 of 3