**Christopher Lundberg,** OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
**Joshua J. Stellmon,** OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
**Christopher T. Griffith,** OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com.
**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **METLAKATLA INDIAN COMMUNITY,** a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. DUNLEAVY**, Governor of the State of Alaska, **DOUG VINCENT-LANG**, Commissioner of the Alaska Department of Fish and Game, and **JAMES E. COCKRELL**, Commissioner of the Alaska Department of Public Safety<br><br>Defendants. | Case No.: 5:20-cv-00008-SLG<br><br>**PARTIES' SECOND JOINT MOTION TO EXTEND TIME TO EXCHANGE EXPERT WITNESS REBUTTAL REPORTS** |

The Parties jointly move, pursuant to Federal Rule of Civil Procedure 6(b), for an order extending the deadline for the exchange of expert witness rebuttal reports. In support of this motion, the Parties state as follows:

PAGE 1 – **PARTIES' SECOND JOINT MOTION TO EXTEND TIME TO EXCHANGE EXPERT WITNESS REBUTTAL REPORTS**

**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG   Document 88   Filed 03/03/25   Page 1 of 4

1. Pursuant to the current scheduling order [ECF No. 87], the deadline for the exchange of expert witness disclosures is set for March 3, 2025.

2. The Parties seek additional time to finalize expert witness rebuttals because Plaintiff's expert witness has been caring for his wife, who is recovering from a surgical procedure and some related complications. As such, he has not been able to devote any meaningful time to his rebuttal report.

3. The Parties have mutually agree to a brief extension of the deadline to March 31, 2025. Because this extension may affect any other deadlines in the case or the trial date, the parties will confer about the need to extend any other deadlines. If the parties determine that such other deadlines need to be extended, the parties will submit a joint motion requesting the same.

4. This request is made in good faith and not for the purposes of delay. Neither party will be prejudiced by the requested extension.

///

///

///

///

///

///

///

PAGE 2 – **PARTIES' SECOND JOINT MOTION TO EXTEND TIME TO EXCHANGE EXPERT WITNESS REBUTTAL REPORTS**

**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG   Document 88   Filed 03/03/25   Page 2 of 4

WHEREFORE, the Parties respectfully request that this Court grant their Joint Motion and extend the deadline for the exchange of expert witness rebuttal reports to March 3, 2025, and for any other relief this Court deems appropriate.

DATED this 3rd day of March 2025.

By: /s/ Christopher Lundberg
Christopher Lundberg, OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
Joshua J. Stellmon, OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
Christopher T. Griffith, OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com.
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
(503) 225-0777
*Attorneys for Plaintiff*

By: /s/ Christopher Orman
Christopher F. Orman, Alaska Bar No. 1011099
Email: christopher.orman@alaska.gov
Alaska Department of Law
123 4th Street, Suite 600
Juneau, AK 99801
(907) 465-4136

*Attorney for Defendant*

PAGE 3 – **PARTIES' SECOND JOINT MOTION TO EXTEND TIME TO EXCHANGE EXPERT WITNESS REBUTTAL REPORTS**

**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG   Document 88   Filed 03/03/25   Page 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **PARTIES' SECOND JOINT MOTION TO EXTEND TIME TO EXCHANGE EXPERT WITNESS REBUTTAL REPORTS** was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No.: 5:20-cv-00008-SLG who are registered CM/ECF users will be served by the CM/ECF system.

DATED March 3, 2025.

**HAGLUND KELLEY LLP**

By: /s/ Christopher Lundberg
Christopher Lundberg, OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
Joshua J. Stellmon, OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
Christopher T. Griffith, OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com.
2177 SW Broadway
Portland, OR 97201
(503) 225-0777

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-SLG    Document 88    Filed 03/03/25    Page 4 of 4