**Christopher Lundberg,** OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
**Joshua J. Stellmon,** OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
**Christopher T. Griffith,** OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com.
**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **METLAKATLA INDIAN COMMUNITY,** a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. DUNLEAVY**, Governor of the State of Alaska, **DOUG VINCENT-LANG**, Commissioner of the Alaska Department of Fish and Game, and **JAMES E. COCKRELL**, Commissioner of the Alaska Department of Public Safety<br><br>Defendants. | Case No.: 5:20-cv-00008-SLG<br><br>**PARTIES' JOINT MOTION TO EXTEND TIME FOR EXPERT DEPOSITIONS AND DISPOSITIVE MOTIONS** |

The Parties jointly move, pursuant to Federal Rule of Civil Procedure 6(b), for an order extending the deadlines for the completion of expert witness deposition and dispositive motions. In support of this motion, the Parties state as follows:

PAGE 1 – **PARTIES' JOINT MOTION TO EXTEND TIME FOR EXPERT DEPOSITIONS AND DISPOSITIVE MOTIONS**

**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG   Document 90   Filed 03/18/25   Page 1 of 4

1. Pursuant to the current scheduling order [ECF No. 82], the deadline for completion of expert witness depositions is currently set for March 19, 2025, and the deadline for dispositive motions is 30 days following completion of those depositions.

2. The Parties recently requested an extension of time to complete expert rebuttal reports due to Plaintiff's expert witness currently serving as the care-giver for his wife, who is recovering from a surgical procedure and some related complications. In that motion, the parties anticipated moving the court for the extension of some additional deadlines to accommodate the same.

3. After conferral, the Parties have mutually agreed to request a brief extension of the expert witness deposition deadline to May 9 , 2025, and the dispositive motion deadline to June 11, 2025.

4. This request is made in good faith and not for the purposes of delay. Neither party will be prejudiced by the requested extension.

///

///

///

///

///

///

///

///

PAGE 2 – **PARTIES' JOINT MOTION TO EXTEND TIME FOR EXPERT DEPOSITIONS AND DISPOSITIVE MOTIONS**

HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG    Document 90    Filed 03/18/25    Page 2 of 4

WHEREFORE, the Parties respectfully request that this Court grant their Joint Motion and extend the deadlines to complete expert witness depositions to May 9, 2025, extend the deadline to file dispositive motions to June 11, 2025, and for any other relief this Court deems appropriate.

DATED this 18th day of March 2025.

By: /s/ Christopher Lundberg
Christopher Lundberg, OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
Joshua J. Stellmon, OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
Christopher T. Griffith, OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com.
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
(503) 225-0777
*Attorneys for Plaintiff*

By: /s/ Christopher Orman
Christopher F. Orman, Alaska Bar No. 1011099
Email: christopher.orman@alaska.gov
Alaska Department of Law
123 4th Street, Suite 600
Juneau, AK 99801
(907) 465-4136

*Attorney for Defendants*

PAGE 3 – **PARTIES' JOINT MOTION TO EXTEND TIME FOR EXPERT DEPOSITIONS AND DISPOSITIVE MOTIONS**

**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG    Document 90    Filed 03/18/25    Page 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **PARTIES' JOINT MOTION TO EXTEND TIME FOR EXPERT DEPOSITIONS AND DISPOSITIVE MOTIONS** was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No.: 5:20-cv-00008-SLG who are registered CM/ECF users will be served by the CM/ECF system.

DATED March 18, 2025.

        HAGLUND KELLEY LLP

        By: /s/ Christopher Lundberg
            Christopher Lundberg, OSB No. 941084
            (pro hac vice)
            Email: clundberg@hk-law.com
            Joshua J. Stellmon, OSB No. 075183
            (pro hac vice)
            Email:  jstellmon@hk-law.com
            Christopher T. Griffith, OSB No. 154664
            (pro hac vice)
            Email: cgriffith@hk-law.com.
            2177 SW Broadway
            Portland, OR 97201
            (503) 225-0777

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR  97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-SLG   Document 90   Filed 03/18/25   Page 4 of 4