TREG TAYLOR
ATTORNEY GENERAL

Christopher F. Orman (Alaska Bar No. 1011099)
Assistant Attorney General
Alaska Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-3019
Email: *christopher.orman@alaska.gov*

Attorney for the State of Alaska

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| METLAKATLA INDIAN COMMUNITY, a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY, Governor of the State of Alaska,<br>DOUG VINCENT-LANG, Commissioner of the Alaska Department of Fish and Game, and JAMES E. COCKRELL, Commissioner of the Alaska Department of Public Safety,<br><br>Defendants. | Case No.: 5:20-cv-00008-SLG<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants move for summary judgment, asserting that there are no genuine issues of material fact and that the Plaintiff – the Metlakatla Indian Community (the Community) has no evidence that the Metlakatlans' traditional fishing grounds included

*MIC v. Dunleavy, et al.*  Civil Action No.: 5:20-cv-00008-SLG
Motion for Summary Judgment  Page 1 of 3
Case 5:20-cv-00008-SLG   Document 95   Filed 06/30/25   Page 1 of 3

the marine fisheries that comprise the State of Alaska's salmon management fishing districts 1 and 2 in Southeast Alaska.

Included with this motion are the Defendants' brief in support of its motion for summary judgment and the following exhibits:

- A. Dr. Anthony Gulig, "A Historical Analysis of the Traditional Fisheries of the Metlakatla Indian Community," (January 30, 2025) (Defendants' Expert);
- B. Dr. Steven Langdon, "Metlakatla Pioneers Ancestral Marine Resource Use in Southeast Alaska Prior to 1887," (January 2025) (Plaintiff's Expert);
- C. Dr. Steven Langdon, "Plaintiff Rebuttal Report Prepared by Dr. Steven Langdon to A Historical Analysis of the Traditional Fisheries of the Metlakatla Indian Community by Dr. A.G. Gulig," (March 31, 2025);
- D. Deposition of Dr. Steve Langdon, (May 9, 2025) (excerpt);
- E. 1895 Census Data (excerpt);
- F. David R. Boxley Report (No date given) (Plaintiff's Expert); and
- G. Maps: (1) historic 1890 map; (2); map showing various clans within Southeast Alaska and Northern British Columbia; and (3) 2025 map showing Alaska fishing districts 1 and 2.

DATED: June 30, 2025.

TREG TAYLOR
ATTORNEY GENERAL

By: */s/ Christopher F. Orman*
Christopher F. Orman
Assistant Attorney General
Alaska Bar No. 1011099
Email: christopher.orman@alaska.gov
*Attorney for the Defendants*

///
///
///

*MIC v. Dunleavy, et al.*  Civil Action No.: 5:20-cv-00008-SLG
Motion for Summary Judgment  Page 2 of 3
Case 5:20-cv-00008-SLG   Document 95   Filed 06/30/25   Page 2 of 3

**CERTIFICATE OF WORD COUNT**

Consistent with Local Civil Rule 7.4, I certify that this motion complies with the court-ordered word count limit because it contains 9493 words.

*/s/ Christopher F. Orman*
Christopher F. Orman
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, I electronically filed the foregoing by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Christopher F. Orman*
Christopher F. Orman
Assistant Attorney General

*MIC v. Dunleavy, et al.*            Civil Action No.: 5:20-cv-00008-SLG
Motion for Summary Judgment            Page 3 of 3
Case 5:20-cv-00008-SLG     Document 95     Filed 06/30/25     Page 3 of 3