Richard D. Monkman
rdm@sonosky.net
Nathaniel H. Amdur-Clark
nathaniel@sonosky.net
Noah I. Star
noah@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| METLAKATLA INDIAN COMMUNITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. DUNLEAVY, et al., )<br>)<br>Defendant. )<br>) | Case No. 5:20-cv-00008-SLG |

## NOTICE OF FILING ADDITIONAL RELATED DOCUMENT

The Central Council of Tlingit & Haida Indians of Alaska ("Tlingit & Haida") files this notice to include an additional document related to *Motion to Dismiss* filed on June 30, 2025, Docket No. 96. The document should have also been listed on the Table of Materials, Docket 96-7.

NOTICE OF FILING ADDITIONAL RELATED DOCUMENT                                    Page 1 of 3
*Metlakatla Indian Community, v. Dunleavy, et al.,* Case No. 5:20-cv-00008-SLG

Case 5:20-cv-00008-SLG     Document 108     Filed 07/09/25     Page 1 of 3

DATED this 9th day of July, 2025, at Juneau, Alaska.

        SONOSKY, CHAMBERS, SACHSE
        MILLER & MONKMAN, LLP

By: */s/ Richard D. Monkman*
     Richard D. Monkman
     Alaska Bar No. 8011101
     Nathaniel H. Amdur-Clark
     Alaska Bar No. 1411111
     Noah I. Star
     Alaska Bar No. 2111128

*Attorneys for Central Council of the Tlingit & Haida Indian Tribes of Alaska*

NOTICE OF FILING ADDITIONAL RELATED DOCUMENT    Page 2 of 3
*Metlakatla Indian Community, v. Dunleavy, et al.,* Case No. 5:20-cv-00008-SLG

Case 5:20-cv-00008-SLG    Document 108    Filed 07/09/25    Page 2 of 3

**Certificate of Service**

I certify that on July 9, 2025, a copy of the foregoing document was served via ECF on:

Christopher F. Orman
christopher.orman@alaska.gov

Jeffrey G. Pickett
jeff.pickett@alaska.gov

Daron Carreiro
daron.carreiro@usdoj.gov

Christopher Thomas Griffith
cgriffith@hk-law.com

Christopher G. Lundberg
clundberg@hk-law.com

Joshua James Stellmon
jstellmon@hk-law.com

*/s/ Richard D. Monkman*
Richard D. Monkman

NOTICE OF FILING ADDITIONAL RELATED DOCUMENT　　　　　Page 3 of 3
*Metlakatla Indian Community, v. Dunleavy, et al.,* Case No. 5:20-cv-00008-SLG

Case 5:20-cv-00008-SLG　　Document 108　　Filed 07/09/25　　Page 3 of 3