**Christopher Lundberg,** OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
**Joshua J. Stellmon,** OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
**Christopher T. Griffith,** OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com.
**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **METLAKATLA INDIAN COMMUNITY,** a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. DUNLEAVY**, Governor of the State of Alaska, **DOUG VINCENT-LANG**, Commissioner of the Alaska Department of Fish and Game, and **JAMES E. COCKRELL**, Commissioner of the Alaska Department of Public Safety<br><br>Defendants. | Case No.: 5:20-cv-00008-SLG<br><br>**PARTIES' JOINT MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The Parties jointly move, pursuant to this Court's request, for an order setting the briefing schedule on Defendants' Motion for Summary Judgment, as follows:

1. Plaintiff's Response brief, including any cross motion, will be due December 30, 2025.

PAGE 1 – **PARTIES' JOINT MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-SLG    Document 130    Filed 11/24/25    Page 1 of 3

2. Defendant's Reply brief, including any Response to Plaintiff's cross motion, will be due January 30, 2026.

3. Plaintiff's Reply brief on its cross motion will be due February 20, 2026.

WHEREFORE, the Parties respectfully request that this Court grant their Joint Motion and set the briefing schedule as set forth above, and for any other relief this Court deems appropriate.

DATED this 24th day of November 2025.

By: /s/ Christopher Lundberg
Christopher Lundberg, OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
Joshua J. Stellmon, OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
Christopher T. Griffith, OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com.
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
(503) 225-0777
*Attorneys for Plaintiff*

By: /s/ Christopher Orman
Christopher F. Orman, Alaska Bar No. 1011099
Email: christopher.orman@alaska.gov
Alaska Department of Law
123 4th Street, Suite 600
Juneau, AK 99801
(907) 465-4136

*Attorney for Defendant*

PAGE 2 – **PARTIES' JOINT MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG    Document 130    Filed 11/24/25    Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **PARTIES' JOINT MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No.: 5:20-cv-00008-SLG who are registered CM/ECF users will be served by the CM/ECF system.

DATED November 24, 2025.

HAGLUND KELLEY LLP

By: /s/ Christopher Lundberg
Christopher Lundberg, OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
Joshua J. Stellmon, OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
Christopher T. Griffith, OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com.
2177 SW Broadway
Portland, OR 97201
(503) 225-0777

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-SLG    Document 130    Filed 11/24/25    Page 3 of 3