**Christopher Lundberg,** OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
**Joshua J. Stellmon,** OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
**Christopher T. Griffith,** OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com.
**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **METLAKATLA INDIAN COMMUNITY,** a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. DUNLEAVY**, Governor of the State of Alaska, **DOUG VINCENT-LANG**, Commissioner of the Alaska Department of Fish and Game, and **JAMES E. COCKRELL**, Commissioner of the Alaska Department of Public Safety<br><br>Defendants. | Case No.: 5:20-cv-00008-SLG<br><br>**[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Before the Court is the Joint Motion to Set Briefing Schedule filed by Plaintiff

Metlakatla Indian Community and Defendants the State of Alaska, et al. (collectively,

PAGE 1 – **[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-SLG   Document 130-1   Filed 11/24/25   Page 1 of 3

"the Parties"). The Parties request an order setting the briefing schedule on Defendants' Motion for Summary Judgment as set forth in their Joint Motion.

Having reviewed the motion and finding good cause shown, the Court hereby GRANTS the Parties' Joint Motion to Motion to Set Briefing Schedule.

IT IS ORDERED:

1. Plaintiff's Response brief, including any cross motion, will be due December 30, 2025.

2. Defendant's Reply brief, including any Response to Plaintiff's cross motion, will be due January 30, 2026.

3. Plaintiff's Reply brief on its cross motion will be due February 20, 2026.

DATED this ___ day of _____, 2025.

_____
THE HONORABLE SHARON L. GLEASON

PAGE 2 – **[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG   Document 130-1   Filed 11/24/25   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No.: 5:20-cv-00008-SLG who are registered CM/ECF users will be served by the CM/ECF system.

DATED November 24, 2025.

HAGLUND KELLEY LLP

By: /s/ Christopher Lundberg
Christopher Lundberg, OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
Joshua J. Stellmon, OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
Christopher T. Griffith, OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com.
2177 SW Broadway
Portland, OR 97201
(503) 225-0777

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG    Document 130-1    Filed 11/24/25    Page 3 of 3