**Christopher Lundberg,** OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
**Joshua J. Stellmon,** OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
**Christopher T. Griffith,** OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com.
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **METLAKATLA INDIAN COMMUNITY,** a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. DUNLEAVY**, Governor of the State of Alaska, **DOUG VINCENT-LANG**, Commissioner of the Alaska Department of Fish and Game, and **JAMES E. COCKRELL**, Commissioner of the Alaska Department of Public Safety<br><br>Defendants. | Case No.: 5:20-cv-00008-SLG<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO RESET BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The Metlakatla Indian Community moves for an order re-setting the briefing schedule on Defendants' Motion for Summary Judgment. The undersigned counsel has conferred with Defendants' counsel and confirms that Defendants do not oppose this request. The requested new schedule is:

**PAGE 1 - PLAINTIFF'S UNOPPOSED MOTION TO RESET BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**HAGLUND KELLEY LLP**
**2177 SW Broadway**
**Portland, OR 97201**
**T: (503) 225-0777 / F: (503) 225-1257**

Case 5:20-cv-00008-SLG   Document 132   Filed 12/23/25   Page 1 of 3

1. Plaintiff's Response brief, including any cross motion, will be due January 12, 2026.

2. Defendant's Reply brief, including any Response to Plaintiff's cross motion, will be due February 12, 2026.

3. Plaintiff's Reply brief on its cross motion will be due March 5, 2026.

Plaintiff seeks a brief extension to accommodate the holidays and related vacation plans and dockets of attorneys responsible for preparing Plaintiff's response. As noted, Defendants do not oppose this request so long as they receive the same extension to Defendants' current response date. Accordingly, all current response dates have been extended by the same amount.

WHEREFORE, Plaintiff respectfully requests that this Court grant its Motion and set the briefing schedule as set forth above, and for any other relief this Court deems appropriate.

DATED this 23rd day of December 2025.

| | |
|---|---|
| By: /s/ Christopher Lundberg<br>Christopher Lundberg, OSB No. 941084<br>(pro hac vice)<br>Email: clundberg@hk-law.com<br>Joshua J. Stellmon, OSB No. 075183<br>(pro hac vice)<br>Email: jstellmon@hk-law.com<br>Christopher T. Griffith, OSB No. 154664<br>(pro hac vice)<br>Email: cgriffith@hk-law.com.<br>Haglund Kelley LLP<br>2177 SW Broadway<br>Portland, OR 97201<br>(503) 225-0777<br>*Attorneys for Plaintiff* | By: /s/ Christopher Orman<br>Christopher F. Orman, Alaska Bar No. 1011099<br>Email: christopher.orman@alaska.gov<br>Alaska Department of Law<br>123 4th Street, Suite 600<br>Juneau, AK 99801<br>(907) 465-4136<br><br>*Attorney for Defendant* |

PAGE 2 - PLAINTIFF'S UNOPPOSED MOTION TO RESET BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **PLAINTIFF'S UNOPPOSED MOTION TO RESET BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No.: 5:20-cv-00008-SLG who are registered CM/ECF users will be served by the CM/ECF system.

DATED December 23, 2025.

HAGLUND KELLEY LLP

By: /s/ Christopher Lundberg
Christopher Lundberg, OSB No. 941084
(pro hac vice)
Email: clundberg@hk-law.com
Joshua J. Stellmon, OSB No. 075183
(pro hac vice)
Email: jstellmon@hk-law.com
Christopher T. Griffith, OSB No. 154664
(pro hac vice)
Email: cgriffith@hk-law.com.
2177 SW Broadway
Portland, OR 97201
(503) 225-0777

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG    Document 132    Filed 12/23/25    Page 3 of 3