**Christopher Lundberg,** OSB No. 941084 *Pro Hac Vice*
Email: clundberg@hk-law.com
**Matthew E. Malmsheimer**, OSB No. 033847 *Pro Hac Vice*
Email: mmalmsheimer@hk-law.com
**Joshua J. Stellmon,** OSB No. 075183 *Pro Hac Vice*
Email: jstellmon@hk-law.com
**Christopher T. Griffith,** OSB No. 154664 *Pro Hac Vice*
Email: cgriffith@hk-law.com.
**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **METLAKATLA INDIAN COMMUNITY,** a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. DUNLEAVY**, *et al.*,<br><br>Defendants. | Case No.: 5:20-cv-00008-SLG<br><br>**Oral Argument Requested** |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

As detailed extensively in the Community's concurrently filed Opposition to Defendant's Motion for Summary Judgment, incorporated herein by reference in accordance with Local Civil Rule 5.1(f)(2), the undisputed evidence compellingly establishes that the Community's Tsimshian, Tlingit and Haida ancestors, from time immemorial through the creation of the Annette Island Reserve, fished extensively throughout Southeast Alaska in the areas now designated as Districts 1 and 2. Accordingly, the Community is entitled to Judgment as a matter of law that it's reserved fishing rights include Districts 1 and 2.

DATED this 13th day of January, 2026.

**HAGLUND KELLEY LLP**

By: */s/ Christopher Lundberg*
Christopher Lundberg, OSB No. 941084
*Pro Hac Vice*
Matthew E. Malmsheimer, OSB No. 033847
*Pro Hac Vice*
Joshua J. Stellmon, OSB No. 075183
*Pro Hac Vice*
Christopher T. Griffith, OSB No. 154664
*Pro Hac Vice*

*Attorneys for Plaintiff*

PAGE 1 – **PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG    Document 139    Filed 01/13/26    Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT** was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No.: 5:20-cv-00008-SLG who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 13th day of January, 2026.

HAGLUND KELLEY LLP

By: */s/ Christopher Lundberg*
Christopher Lundberg, OSB No. 941084
*Pro Hac Vice*
Email: clundberg@hk-law.com
2177 SW Broadway
Portland, OR 97201
(503) 225-0777
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
T: (503) 225-0777 / F: (503) 225-1257

Case 5:20-cv-00008-SLG   Document 139   Filed 01/13/26   Page 3 of 3