CORI MILLS
ACTING ATTORNEY GENERAL

Christopher F. Orman (Alaska Bar No. 1011099)
Assistant Attorney General
Alaska Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-3019
Email: *christopher.orman@alaska.gov*

Attorney for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| METLAKATLA INDIAN COMMUNITY, a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY, Governor of the State of Alaska,<br>DOUG VINCENT-LANG, Commissioner of the Alaska Department of Fish and Game, and JAMES E. COCKRELL, Commissioner of the Alaska Department of Public Safety,<br><br>Defendants. | Case No.: 5:20-cv-00008-SLG<br><br>**DEFENDANTS' SUPPLEMENT TO PRELIMINARY WITNESS LIST** |

**<u>DEFENDANTS' SUPPLEMENT TO PRELIMINARY WITNESS LIST</u>**

Pursuant to FRCP 26(a)(2), the Defendants supplement their Preliminary Witness List (Dkt. 80) as follows. All witnesses and information previously disclosed remain unchanged and are incorporated by reference.

1. Dr. Anthony Gulig
c/o AAG Christopher Orman
Attorney General's Office
Natural Resources Section
P.O. Box 110300 Juneau, Alaska 99811-0300
(907) 465-3600

Dr. Gulig is a professor of History at the University of Wisconsin-Whitewater. Dr. Gulig has previously worked on Indian Law, fishing rights cases; e.g. *U.S. v. Washington*. Dr. Gulig will be qualified as an expert witness under Federal Rules of Evidence 702-705 to testify about the history of the Metlakatlans and fishing as outlined below.

Dr. Gulig is a retained witness and produced the report "A Historical Analysis of the Traditional Fisheries of the Metlakatla Indian Community" on January 31, 2025. Dr. Gulig will produce a supplemental report in response to the Court's July 20, 2026 Order of Clarification (Dkt. 151).

The Defendants anticipate that Dr. Gulig's supplemental report will address the following:

A. who were Metlakatlans between 1887 and 1891;

B. the traditional fishing locations of the Metlakatla Indian Community between 1887 and 1891;

C. how the Metlakatlans fished between 1887 and 1891;

D. how the Metlakatlans obtained fish for the community's commercial canning operation; and

E. how the 1891 Act creating the Annette Islands reserve contemplated,

recognized, or protected Metlakatlan fishing locations.

If called at trial, the Defendants anticipate Dr. Gulig will testify to the content of his reports and provide the foundation and basis for the findings contained in his report. A copy of Dr. Gulig's curriculum vitae is available upon request.

2. Any and all retained, hybrid, or other experts identified by the plaintiffs in this matter.
3. Any and all witnesses identified on the witness list submitted by plaintiff in this matter.
4. Any and all witnesses necessary for rebuttal.
5. Any and all witnesses necessary for impeachment.

DATED: November 25, 2026.

CORI MILLS
ACTING ATTORNEY GENERAL

By: *<u>/s/ Christopher F. Orman</u>*
Christopher F. Orman
Assistant Attorney General
Alaska Bar No. 1011099
Email: christopher.orman@alaska.gov
*Attorney for the Defendants*

**<u>CERTIFICATE OF SERVICE</u>**
I hereby certify that on November 25, 2026, I electronically filed the foregoing by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*<u>/s/ Christopher F. Orman</u>*
Christopher F. Orman
Assistant Attorney General
Alaska Bar No. 1011099